LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
*perry.viscounty@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
(714) 540-1235 / (714) 755-8290 (Fax)

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
*jennifer.barry@lw.com*
600 West Broadway, Suite 1800
San Diego, CA  92101-3375
(619) 236-1234 / (619) 696-7419 (Fax)

Attorneys for Plaintiff
BEHR PROCESS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BEHR PROCESS CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>RPM INTERNATIONAL INC., et al.,<br><br>           Defendants. | CASE NO. SACV 14-00156 JLS (DFMx)<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**<br><br>**STATEMENT OF NOTICE**<br><br>HON. JOSEPHINE L. STATON |

LATHAM&WATKINS™
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1737483.1

CASE NO. SACV 14-00156 JLS (DFMx)
*EX PARTE* APPLICATION FOR TRO
AND OSC RE: PRELIMINARY INJUNCTION

TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 10, 2014, before the Honorable Josephine L. Staton, in Court Room 10A, 411 West Fourth Street, Santa Ana, California 92701-4516, Plaintiff shall and hereby does apply for a Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction.

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and Rules 7-19 and 65-1 of the Local Rules of the U.S. District Court for the Central District of California, Plaintiff requests that the Court issue an order that immediately temporarily restrains and enjoins Defendants and their principals, officers, directors, members, partners, agents, servants, employees, authorized representatives, and all other persons acting in concert or participating with them, who receive actual notice of this Order by personal or other service, from using the Deck Cover mark, or any other mark likely to cause confusion with the DeckOver® mark, in connection with the promotion, advertising, distribution, offering for sale, or sale of any product, and issue an order to show cause why a preliminary injunction should not issue.

Pursuant to Local Rule 7-19, Plaintiff provided notice to Defendants of this Application and sent this Application and all supporting documents via email (per the agreement of the parties) to Defendants.

Plaintiff's request is based on this Application; the Memorandum of Points and Authorities; the Declarations of Jeffrey D. Filley, Jennifer L. Barry, and Kelli Moro; the Complaint; all pleadings and papers on file with the Court; and the oral arguments of counsel and other matters as may be considered at the hearing (if any) on this Application.

Dated: February 10, 2014            LATHAM & WATKINS LLP

By: ___/s/ Perry J. Viscounty___
    Perry J. Viscounty

*Attorneys for Plaintiff*
BEHR PROCESS CORPORATION

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1737483.1

1

CASE NO. SACV 14-00156 JLS (DFMx)
*EX PARTE* APPLICATION FOR TRO
AND OSC RE: PRELIMINARY INJUNCTION

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2014, I caused the above document to be served via email, pursuant to the agreement of the parties, on:

Carlo F. Van den Bosch, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
cvandenbosch@sheppardmullin.com
*Attorney for Defendants RPM International, Inc.,*
*Rust-Oleum Brands Company, and Synta, Inc.*

Dated: February 10, 2014          /s/ Perry J. Viscounty
                                                    Perry J. Viscounty

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1737483.1

2

CASE NO. SACV 14-00156 JLS (DFMx)
*EX PARTE* APPLICATION FOR TRO
AND OSC RE: PRELIMINARY INJUNCTION